IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-02058-EWN-OES

WESTCHESTER FIRE INSURANCE COMPANY,

Plaintiff(s),

v.

MIRANDA ABT, et al.,

Defendant(s).

**ORDER DISSOLVING BOND**

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

This Order is in reference to the Court Action, in which many Claimants have been included as a result of travel problems with Grad Break Escapes, Student Express, or Vacation Travel International.  The purpose of the Court Action was to provide each valid Claimant with a fair portion of the funds from Bond No. KO665910A.

At this time, the Court has determined each of the valid Claimants' entitlement to the Bond proceeds, if any.  The distribution of the Bond funds was set forth in a previous Order, dated July 15, 2005.  Now that all available bond proceeds have been distributed to each of the Claimants determined to be valid, Petitioner, Westchester Fire Insurance Company is hereby discharged from any and other further liability in any way related to the subject matter of the Interpleader action.

Finally, any obligations owed by Westchester Fire Insurance Company in relation to the Bond, are hereby dissolved, and the Bond itself is also dissolved.

In an effort to preserve costs in this matter, a copy of this Order is only going to the Petitioner, Westchester Fire Insurance Company.

Dated at Denver, Colorado, this day of:  October 13, 2005

BY THE COURT:


s/ O. Edward Schlatter

_____
O. Edward Schlatter
U.S. Magistrate Judge