IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–02058–EWN–MEH

WESTCHESTER FIRE INSURANCE COMPANY,

    Petitioner,

v.

MIRANDA ABT,
WES ADELMAN,
MANDELL HILL,
ASHLEY A. ALOI,
CHRISTINA ANDERSON,
JASON VALDEZ,
JAY ARUNKUMAR,
SHEMEKA AUSTIN,
WILL AYCOCK,
PAUL GRILL,
PHILLIP BAGGETT,
ELYSSA H. BARBASH,
DAVID BLESSING,
ASHLEY BLUM,
CODY W. BOXDORFER,
JAMILA BRACEY,
JAMES D. BRATTON, JR.,
CARMEN BRAVO,
CHRISTINA BREA,
STEVEN BRIGGS,
DARLENE BRIN,
SARAH BRODER,
JACOB BROWN,
PRISCILLA BROWN,
JENNY BALLARD,
JAMES P. BARCLAY,
SAMANTHA J. BAUMAN,
EDWIN BEAR,
CATALINA BEDOYA,
JESSICA BEJAR,
STEFAN E. BESAND,
SHARI BILLINGS,

BRIAN BISH,
KATIE BISH,
ROBERT BLAIKIE,
KELLY BLAIKIE,
KYLE BRUENING,
ADAM BRUNK,
TREVOR BUERCK,
SHAWN BUERCK,
MICHAEL B. BULLA,
BARBARA BURKE,
CHRISTOPHER CANNON,
AMANDA CARLOS,
RYAN CARRICO,
PHILLIP CARRICO,
NICOLE CARTER,
MICHAEL CASPER,
SEAN CASS,
ANTHONY CASTANO,
LEE CASTRO,
MATTHEW CERVALLI,
CRYSTAL CHANAKO,
ASHLEY CHANDLER,
STACY CHICHILITTI,
CARSON COBLE,
RYAN CONNER,
JAMES L. CONSTANZER,
CHRISTOPHER COOPER,
DUSTIN COX,
WILLIAM CRICK,
CRUISEONE,
PRISCILLA CRUZALEGUI,
ANTHONY CUMMINGS,
PAUL CURRY,
ARYN DALY,
KATELYN DAMASO,
MELISSA DANNACHER
ALEXANDRA DAVERSA,
BRETT DAVIS,
KYLE DAVIS,
WILLIAM DAVIDSON,
JILLIAN DEERING,
DEANNA DEGUISEPPE,
CHRISTIAN DIAZ,

CHRISTINA M. DIAZ,
ZACHARY R. DILLON,
ANDREA DONADIO,
ALEXANDER M. DONAHUE,
JEREMY DORRINGTON,
PHILIP DOWNER,
PETER DRAGANI,
JONATHAN DRYMON,
GARY R. EASTMAN,
DUSTIN C. ELLIS,
BETH ERNST,
LAURA ESPINOSA,
MICHAEL EVANS,
JAMES FINCH,
RACHEL FINZI,
SHAWN FOGEL,
BRITTANY FORD,
THOMAS FORTE,
KELLY FREELING,
DEREK GERINGER,
NANCY GINART,
TYLER GLUECK,
BRIAN R. GONZALEZ,
DANIEL J. GONZALES,
BRANDON GREEN,
SARA GREULICH,
DUSTIN GRIBLIN,
BRIAN GROVES,
CHRISTUS GRUTERS,
JAINA GUILLEN,
AMY GUMMEL,
DANIELLE HAGAN,
NICOLE HANUSCIN,
TERRY HARRIS,
KELLY HARTLEY,
WHITNEY HESS,
RYAN HICKS,
BRANDI HICKS,
CARRIE HICKS,
BLAKE HILLIARD,
RYAN HOEHN,
JAIME HOLCOMB,
ANNYEE HOLZMAN,

LAUREN HAGER,
LINDSEY HORAN,
JAIME HOLCOMB,
ANNYEE HOLZMAN,
LAUREN HAGER,
LINDSEY HORAN,
DANIELLE JOHNSON,
JARED KAHN,
JOHN R. KELLY,
DENISE KINGMAN,
ALYSSA CELAYA,
DUANE LEE KINNIEBREW, JR.,
REGINA KLAUDER,
JENNIFER KOENIG,
BROOKE KORNBERG,
TOVAH KRAVIT,
SAMANTHA LANKFORD,
CORY LAYTON,
STEPHEN LAYTON,
JAMES LECLERC VIETRO,
MICHAEL LEDO,
NICOLE LEHMAN,
HILDE LITZ,
MICHAEL M. LOHAN, III,
JONNY MAHATHATH,
MICHAEL MARR,
JOHN A. MARSH,
ROBERT MARSH,
RAI MASUDA,
WILLIAM MATHIS,
JENNIFER MAY,
WALTER MAY,
DAVID McKAY,
STEPHANIE McQUEEN,
ZACHARYMILCHMAN,
ANDREW MILLS,
ELISHA MILLER,
RICHARD MILLER,
DANIEL MIZRACHI,
ANDREW MOEBIUS,
CHRISTINE E. MOGILNICKI,
CASEY M. MOLL,
JACOB MOLZ,

MATT MONCADA,
KRYSTAL MORENO,
ANTHONY J. MOSER,
BRITTANY NEWELL,
JARED NEWMAN,
JOSHUA NEWTON,
ANDREW J. NIBLETT,
DEAN NOVACK, JR.,
KEVIN O'BRIEN,
THOMAS O'BRIEN,
BRENTON O'CONNELL,
SHANNON O'DONNELL,
DUSTIN OLIVER,
JANET OVERHULTZ,
CINDY PARKER,
DESTINY PFEFFER,
CHASE PHILLIPS,
TIFFANY PIGOTT,
NICHOLAS PINKERTON,
AMANDA S. PLUNKETT,
BRITTANY L. PRESTON,
EDWARD L. PRIME,
RACHEL PURDY,
LENORA L. QUIMBY,
LAURA RICKETTS,
ALEXIS RIFFEG,
LAUREN RIFFLE,
BRANDY RITTER,
KYLE ROBERTS,
MASON R. ROBERTS,
COURTNEY ROBINSON,
ELIZABETH ROBISON,
KAREN RODGERS,
ABDIAS RODRIGUEZ,
JESSICA ROSAS,
LAURA ROSMINI,
KRISTINA ROSSER,
RYAN ROWE,
TYLER RUSSELL,
HEATHER SABO,
JOANNE KINGMAN-SANCHEZ,
CARISSA SANCHEZ,
IVAN ACEVEDO,

MELISSA SCHMIDT,
BRAD A. SCHREMP,
KACI SCHREMP,
JAMIE SCHROEDER,
KRISTIN SCHUPP,
JESSICA J. SEPEDA,
REBECCA L. SETON,
RYAN SHACKLEFORD,
ERIC SHEFFIELD,
JESSICA SIMMONS,
JARED SIRKIN,
RIKI SMITH,
RONALD SMITH,
KEVIN SNEED,
ASHLEY SOSKA,
JORDANNE STANFORD,
PARKER STARSON,
BARBARA J. STASA,
CHAD STELLING,
BRIAN STERN,
BRADLEY S. STEVENS,
TYLER STEVENS,
TRAVIS STORM,
STEPHANIE STRAUSS,
STEFANIE STURGILL,
LAUREN E. THIEL,
AMANDA THOMAS,
ANNIE THOMAS,
JUSTIN THOMAS,
SAMANTHA TILTON,
JOHN TOMAS,
WHITNEY TOMLIN,
KIM TOWNSEND,
JAMES S. TURNER,
DANNY USILTON,
EDDIE USILTON,
ROBERT VALDEZ,
ROBERT J. VANATTA,
JAMES R. VAN WINKLE,
KYLE VENSEL,
CHANEL VERREAULT,
BRANDI RAINEY,
SUZANNE VIVIAN,

ASHLEY WALLMAN,
JUSTIN WARD,
CHELSEA WEBER,
JOSH WEINKEIN,
KELLY WEINSTEIN,
CASSANDRA WEST,
COLLEEN WHALEN,
JESSE WHISTLER,
KAYLEIGH GROND,
GARRETT WINKLER,
KIMBERLY WOODWARD,
NORA WORLEY,
CORY D. WUCHER,
MAKSIM YERMAKOV,
ERICK T. YOUNG,
KEVIN ZIEGLER,
JESSICA EILAND,
MARLA BROWDER,
TOREY BROWN,
WESLEY CAMPBELL,
JUSTINE COUVILLION,
NIKI HUDSON,
JORGEE LENARDUZZI,
MALLORY WEBB,
TYLER O'BANNON,
DEBORAH TANNER, d/b/a BACON SENIOR CLASS ORGANIZER,
CRYSTAL BOWERS,
JOSEPH CARPINO,
ANN CICIOLLA,
DAVID DURAZO,
ELIZABETH DUROVICH,
TROY ERWINE,
KENNETH J. FERKEL, III,
MARIALEN FIGUEREDO,
LUCY JOHNSON,
DANA PETACCIO,
BRANDON POLLARD,
SHAUNA RODRIGUEZ,
DOROTHEA RUDOLPH,
MARIA SCIDDURLO,
JOHN B. SOLTERO,
FRANCISCO SORIANO,
BRIAN SULLO,

HOLLY TISONE,
JASON TISONE,
ZACHARY WILSON,
ALLIE WOODLAND,
PEGGY ZONE FISHER,
SCOTT SHAPIRO,
BRITTANY DARVIN,
NICOLE MILTIER,
BRIAN WARD,
WESLEY W. CAMPBELL, JR.,
AARON KINKEADE,
BENJAMIN KOLLMER,
BRANDON CHANDLER,

      Respondents.

## ORDER OF DISMISSAL

This Order is in reference to the court action, in which many claimants have been included as a result of travel problems with Grad Break Escapes, Student Express, or Vacation Travel International. The purpose of the court action was to provide each valid Claimant with a fair portion of the funds from Bond No. KO665910A.

At this time, the court has determined each of the valid Claimants' entitlement to the Bond proceeds, if any. The distribution of the Bond funds was set forth in a previous Order, dated July 15, 2005; and Westchester Fire Insurance Company was hereby discharged from any and other further liability in any way related to the subject matter of the Interpleader action. Further, the bond itself was dissolved.

Therefore, this action is dismissed in its entirety pursuant to F.R.C.P. 41.

In an effort to preserve costs in this matter, a copy of this Order is only going to the Petitioner, Westchester Fire Insurance Company.

SO ORDERED.

Dated this 23rd day of February, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge